UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No.: 2:21-cr-00097-JAD-DJA |
| Plaintiff | |
| v. | **Order Denying Motion for Copies** |
| John Stamm, | [ECF No. 61] |
| Defendant | |

Defendant John Stamm pled guilty to being a felon in possession of a firearm and is serving a 28-month sentence. He did not appeal. Nevertheless, Stamm moves this court to send him copies of his plea agreement, judgment, and the docket report due to lack of "access to funds."[1] An inmate has no constitutional right to free photocopying.[2] A prisoner-litigant who wants copies of electronically filed documents from the court must pay $0.50 per page to receive them.[3] Because the court does not provide free copies of documents in the docket, IT IS HEREBY ORDERED that Stamm's motion for copies of his plea agreement, judgment, and docket report **[ECF No. 61] is DENIED.** Stamm should reach out to his attorney for further assistance.

_____
U.S. District Judge Jennifer A. Dorsey
January 24, 2023

---

[1] ECF No. 61.

[2] *Johnson v. Moore*, 948 F.2d 517, 521 (9th Cir. 1991).

[3] Nev. LR IC 1-1(i)(5); 28 U.S.C. § 1914.